1
2
3   JS-6
4
5
6
7
8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA

11
| STAR FABRICS, INC., | Case No.: 2:20-cv-00809-RGK-GJS |
|---|---|
| Plaintiff, | *Hon. R. Gary Klausner Presiding* |
| v. | [~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE |
| WORLD OF JEANS AND TOPS, et al., | |
| Defendants. | |

1

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: February 25, 2021   By: *Gary Klausner*
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE